**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-6227

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

TIMOTHY DALE CROCKETT, a/k/a Timothy Howard Crockett, a/k/a
Timothy Dale Neill, a/k/a Timothy Dwayne Pope, Jr.,

Defendant - Appellant.

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg. G. Ross Anderson, Jr., District
Judge. (7:98-cr-00798-GRA-1)

Submitted: May 29, 2008               Decided: June 5, 2008

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Timothy Dale Crockett, Appellant Pro Se. Harold Watson Gowdy, III,
OFFICE OF THE UNITED STATES ATTORNEY, Greenville, South Carolina,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy Dale Crockett appeals the district court's order denying his motion to reconsider a prior order denying his motion to modify restitution payments. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Crockett</u>, No. 7:98-cr-00798-GRA-1 (D.S.C. Jan. 14, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>